**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:  CASE NO. 05-41065-TLH4
 CHAPTER 13
JOHNNY ELDON NATHEY
ROSIE MICHELLE NATHEY

           Debtor(s)            /

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
**OF UNCLAIMED FUNDS**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 391975 in the amount of $5.36 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

        /s/Leigh D. Hart or
        /s/William J. Miller, Jr.
          OFFICE OF THE CHAPTER 13 TRUSTEE
          POST OFFICE BOX 646
          TALLAHASSEE, FL 32302
          ldhecf@earthlink.net
          (850) 681-2734 "Telephone"
          (850) 681-3920 "Facsimile"

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

| | |
|---|---|
| JOHNNY ELDON NATHEY<br>ROSIE MICHELLE NATHEY<br>444 ATTAPULGUS HIGHWAY<br>QUINCY, FL 32352 | DEUTSCHE BANK NATIONAL TRUST<br>COMPANY, AS TRUSTEE<br>C/O AMERICAN HOME MORTGAGE<br>SERVICING, INC.<br>P.O. BOX 631730<br>IRVING, TX 75063-1730 |
| AND | |
| ALLEN P. TURNAGE, ESQ.<br>P.O. BOX 15219<br>TALLAHASSEE, FL 32317 | |

on the same date as reflected on the Court's docket as the electronic filing date for this document.

        /s/Leigh D. Hart or
        /s/William J. Miller, Jr.
5/18/2010  8:53 am / CR_213    OFFICE OF CHAPTER 13 TRUSTEE